# Exhibit F



STEPHEN R. COOK
direct dial: (949) 752-7100
fax: (949) 252-1514
scook@brownrudnick.com

2211
Michelson
Drive
Seventh
Floor
Irvine
California
92612
tel 949.752.7100
fax 949.252.1514

May 15, 2018

**VIA EMAIL**
Amanda K. Kramer
Jessica Greenwood
Rebecca Gabrielle Mermelstein
U.S. Attorney's Office, S.D.N.Y.
One Saint Andrew's Plaza
New York, New York 10007
amanda.kramer@usdoj.gov
jessica.greenwood@usdoj.gov
rebecca.mermelstein@usdoj.gov

**RE:** *United States v. Middendorf*, 18-cr-00036

Dear AUSAs Kramer, Greenwood, and Mermelstein:

      In our letter of May 9, 2018, we requested that the government produce all information and materials that are required to be disclosed pursuant to Federal Rule of Evidence 16 and the Fifth and Sixth Amendments to the United States Constitution, as discussed in *Brady*, *Giglio*, and the other authorities cited in our letter. We identified specifically the text messages and other contents of Mr. Wada's cell phone, which were the subject of a search and seizure warrant, as among the documents not yet produced to Mr. Wada. We asked that you produce those materials promptly, or confirm that nothing was seized pursuant to the warrant.

      The production accompanying your letter dated May 9, 2018 contained neither materials seized from Mr. Wada's cell phone, nor a confirmation that such materials do not exist. As you know, the deadline to file any additional motions, including motions to compel discovery, is next week. Accordingly, we appreciate your prompt attention to this request.

Sincerely,

BROWN RUDNICK LLP

Stephen R. Cook