# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Amy Lester
Direct Dial: (646) 930-1066
Cell:        (917) 273-9480
alester@pkbllp.com

July 19, 2018

**By Electronic Mail**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY  10007

> **Re:**    *United States v. David Middendorf, et al.*, 18 Cr. 36 (JPO)

Dear Judge Oetken:

On behalf of our client, David Middendorf, we respectfully request permission for him to take the following trips with his twin daughters:

1. Driving from Atlanta to Samford University in Birmingham, Alabama on July 26, 2018, returning the same day; and

2. Driving from Atlanta to Presbyterian College in Clinton, South Carolina on July 30, 2018, returning on July 31.

We have conferred with the government and with Pretrial Services Officer Lisa Chan, each of whom has no objection to this request.

Respectfully submitted,

Amy Lester
Nelson A. Boxer
Alexandra R. Clark
Petrillo Klein & Boxer LLP
*- and -*
Gregory S. Bruch
Khiran Sidhu
Bruch Hanna LLP

*Counsel for David Middendorf*

**Granted.**
**So Ordered:  7/24/18**

J. PAUL OETKEN
United States District Judge

Hon. J. Paul Oetken
July 19, 2018
Page 2

cc:    Amanda K. Kramer
         Rebecca G. Mermelstein
         Jessica Greenwood
         Assistant United States Attorneys

         Officer Lisa Chan
         Pretrial Services