# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Amy Lester
Direct Dial: (646) 930-1066
Cell:         (917) 273-9480
alester@pkbllp.com

August 22, 2018

Granted.
So Ordered.
8/22/18

_____
J. PAUL OETKEN
United States District Judge

**By Electronic Mail**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

Re:   *United States v. David Middendorf, et al.*, 18 Cr. 36 (JPO)

Dear Judge Oetken:

On behalf of our client, David Middendorf, we respectfully request permission for him to travel from Atlanta, Georgia to Los Angeles, California, from August 31 through September 3, 2018, so that he can move his eldest daughter to graduate school. We have conferred with the government and with Pretrial Services Officer Lisa Chan, each of whom has no objection to this request.

Respectfully submitted,

Amy Lester
Nelson A. Boxer
Alexandra R. Clark
Petrillo Klein & Boxer LLP
*- and -*
Gregory S. Bruch
Khiran Sidhu
Bruch Hanna LLP

*Counsel for David Middendorf*

cc:   Amanda K. Kramer
      Rebecca G. Mermelstein
      Jessica Greenwood
      Assistant United States Attorneys

      Officer Lisa Chan
      Pretrial Services