# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Amy Lester
Direct Dial: (646) 930-1066
Cell:             (917) 273-9480
alester@pkbllp.com

September 24, 2018

**By Electronic Mail**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY  10007

Re:    *United States v. David Middendorf, et al.*, 18 Cr. 36 (JPO)

Dear Judge Oetken:

On behalf of our client, David Middendorf, we respectfully request permission for him to travel by car between Atlanta, Georgia, and High Point and Wingate, North Carolina, on October 4 and 5, 2018, in order to visit colleges with one of his daughters. We have conferred with the government and with Pretrial Services Officer Lisa Chan, each of whom has no objection to this request.

Granted.
So Ordered.
 9/25/18

_____
J. PAUL OETKEN
United States District Judge

Respectfully submitted,

Amy Lester
Nelson A. Boxer
Alexandra R. Clark
Petrillo Klein & Boxer LLP
- *and* -
Gregory S. Bruch
Khiran Sidhu
Bruch Hanna LLP

*Counsel for David Middendorf*

cc:    Amanda K. Kramer
       Rebecca G. Mermelstein
       Assistant United States Attorneys

       Officer Lisa Chan
       Pretrial Services