*Court exhibit 5*
*3:46*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-                                  18 Cr. 36 (JPO)

DAVID MIDDENDORF and
JEFFREY WADA,
                Defendants.

---

## VERDICT FORM

PLEASE CHECK YOUR ANSWER AS TO EACH

The Jury's verdict must be unanimous on each count.

### COUNT ONE:
**(Conspiracy to Defraud the Securities and Exchange Commission)**

David Middendorf:    Not Guilty ✓    Guilty _____

Jeffrey Wada:    Not Guilty ✓    Guilty _____

### COUNT TWO:
**(Conspiracy to Commit Wire Fraud)**

David Middendorf:    Not Guilty _____    Guilty ✓

Jeffrey Wada:    Not Guilty _____    Guilty ✓

### COUNT THREE:
### (Wire Fraud - 2015)

David Middendorf:     Not Guilty _____     Guilty ✓

### COUNT FOUR:
### (Wire Fraud - 2016)

David Middendorf:     Not Guilty _____     Guilty ✓

Jeffrey Wada:     Not Guilty _____     Guilty ✓

### COUNT FIVE:
### (Wire Fraud - 2017)

David Middendorf:     Not Guilty _____     Guilty ✓

Jeffrey Wada:     Not Guilty _____     Guilty ✓

**The foreperson should sign the form and notify the Marshal that you have a verdict.**

_[signature]_
FOREPERSON

Date: 3-11-19