

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2019

**BY ECF**

Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. David Middendorf, et al.,**
                **18 Cr. 36 (JPO)**

Dear Judge Oetken:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

            by:          /s/
                  Amanda Kramer
                  Assistant United States Attorney
                  (212) 637-2478

cc: Counsel of Record (by ECF)