# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell:        (917) 273-2693
nboxer@pkbllp.com

August 1, 2019

**By Electronic Mail**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY  10007

      Re:    *United States v. David Middendorf, et al.*, 18 Cr. 36 (JPO)

Dear Judge Oetken:

      We write with respect to the timing of Mr. Middendorf's sentencing, which was rescheduled earlier today for 3 p.m. on September 6, 2019.  For the convenience of Mr. Middendorf's anticipated travel schedule, we respectfully request that Mr. Middendorf's sentencing be held in the morning on September 6, or during another morning thereafter on a day convenient to the Court.  We have conferred with the government, who has no objection to this request.

> Granted.  Sentencing as to defendant Middendorf is rescheduled for September 11, 2019, at 10:30 am.
> So ordered:
> August 15, 2019

Respectfully submitted,

*/s/ Nelson A. Boxer*

Nelson A. Boxer
Amy Lester
Alexandra R. Clark
Petrillo Klein & Boxer LLP
   - *and* -
Gregory S. Bruch
Khiran Sidhu
Bruch Hanna LLP

*Counsel for David Middendorf*

_____
J. PAUL OETKEN
United States District Judge

cc:    Jordan Estes
        Rebecca G. Mermelstein
        Margaret Graham
        Martin Bell
        Assistant United States Attorneys